No. 87–972.   SCHARRER v. UNITED STATES, *ante*, p. 935;

No. 87–1237.   YEE v. SMITH ET AL., *ante*, p. 936;

No. 87–1334.   BELL ET AL. v. UNITED STATES, *ante*, p. 934; and

No. 87–6351.   BESPALCHENKO v. GERMAN FEDERAL GOVERN-MENT ET AL., *ante*, p. 979.   Petitions for rehearing denied.

MAY 4, 1988

No. A–800.   FW/PBS, INC., DBA PARIS ADULT BOOKSTORE II, ET AL. v. CITY OF DALLAS ET AL.   Application for stay, filed with JUSTICE WHITE, has been referred to the Court.   JUSTICE WHITE's temporary stay is hereby vacated.   Application for stay is granted, and judgment of the United States Court of Appeals for the Fifth Circuit is stayed, except for its holding that the pro-visions of the ordinance regulating the location of sexually ori-ented businesses do not violate the Federal Constitution, pending the timely filing and disposition of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay is to terminate automatically.   In the event the petition for writ of cer-tiorari is granted, this stay is to continue in effect pending the sending down of the judgment of this Court.

MAY 10, 1988

No. A–858 (87–6927).   HAMILTON, AS NATURAL MOTHER AND NEXT FRIEND OF SMITH v. TEXAS.   Ct. Crim. App. Tex.   Ap-plication for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pend-ing the disposition by this Court of the petition for writ of certio-rari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the issu-ance of the mandate of this Court.

MAY 13, 1988

No. 87–1339.   USMAN v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 6th Cir.   Certiorari dismissed under this Court's Rule 53.